FILED
August 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D18

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Antonio Sandoval Leon | **Case No :** | 10-16402 - A - 7 |
| | | **Date :** | 08/11/10 |
| | | **Time :** | 10:00 |

**Matter :** [9] - Order to Show Cause - Failure to Attend 341 Meeting as Transmitted to BNC for Service. Hearing to be held on 8/11/2010 at 10:00 AM at Fresno Courtroom 12, Department B. Judge W. Richard Lee will preside over the hearing. (tjof)

**Judge :** W. Richard Lee
**Courtroom Deputy :** Jennifer Dauer
**Reporter :** Karen Griswold
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
　　　Trustee - Robert A. Hawkins

### CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the case is dismissed.

Dated: August 12, 2010

W. Richard Lee
United States Bankruptcy Judge