UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | | |
|---|---|---|---|---|
| **Case Title :** | Antonio Sandoval Leon | **Case No :** | 10-16402 - A - 7 | |
| | | **Date :** | 8/12/10 | |
| | | **Time :** | 01:30 | |
| **Matter :** | [11] - Motion/Application for Relief from Stay [PPR-1] Filed by Creditor U.S. Bank, N.A. (Fee Paid $150) (hgof) [11] - Motion/Application for Adequate Protection [PPR-1] Filed by Creditor U.S. Bank, N.A. (hgof) | | | UNOPPOSED |
| **Judge :** | Whitney Rimel | | | |
| **Courtroom Deputy :** | Vicky McKinney | | | |
| **Reporter :** | Linda Gorman | | | |
| **Department :** | A | | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

HEARING was :
Denied as moot

The case having been dismissed.